FILED

2017 APR -5 AM 11:59

CLERK US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v. CASE NO. 8:17cr148-T-35 JSS
18 U.S.C. § 922(g)(1)

DAVID ALLEN BOSTICK

# INDICTMENT

The Grand Jury charges:

## COUNT ONE

On or about October 6, 2016, in the Middle District of Florida, the defendant,

DAVID ALLEN BOSTICK,

having been previously convicted in any court of a crime punishable by imprisonment for a term exceeding one year, including:

1. **Possession of Cocaine**, on or about June 23, 2014;
2. **Delivery of Cocaine**, on or about June 23, 2014;
3. **Unlicensed Carrying of a Concealed Firearm or Weapon**, on or about June 25, 2009;

did knowingly possess, in and affecting interstate commerce, a firearm, that is, a Remington rifle, model 721, 30-06,

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

**FORFEITURE**

1. The allegations contained in Count One are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 924(d), and 28 U.S.C. § 2461(c).

2. Upon conviction of the violation of 18 U.S.C. § 922(g) charged in Count One, the defendant, DAVID ALLEN BOSTICK, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in either violation.

3. The property to be forfeited includes, but is not limited to, a Remington rifle, model 721, 30-06.

4. If any of the property described above, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property that cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

Foreperson

W. STEPHEN MULDROW
Acting United States Attorney

By: ____________________
Michael M. Gordon
Assistant United States Attorney

By: ____________________
Christopher F. Murray
Assistant United States Attorney
Chief, Violent Crimes and Gangs Section

*T:_Cases\Criminal Cases\B\Bostick, David_2017R00685_MMG\f_Indictment.docx*

FORM OBD-34
APR 1991

No.

**UNITED STATES DISTRICT COURT**
Middle District of Florida
Tampa Division

THE UNITED STATES OF AMERICA

vs.

DAVID ALLEN BOSTICK

**INDICTMENT**

Violations:

18 U.S.C. § 922(g)(1)

A true bill,

[signature]
Foreperson

Filed in open court this 5th day of April 2017.

______________________
Clerk

Bail $__________

GPO 863 525

T:_Cases\Criminal Cases\B\Bostick, David_2017R00685_MMG\f_Indictment Backsheet.docx